IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| LG.PHILIPS DISPLAYS USA, INC., | : | Case No. 06-10245 (BLS) |
| | : | |
| Debtor. | : | RE: 705, 706 |

### ORDER GRANTING TRUSTEE'S MOTION FOR ORDER AUTHORIZING ABANDONMENT AND DESTRUCTION OF RECORDS

AND NOW this __19th__ day of __June__ 2012, upon consideration of the Trustee's Motion for Order Authorizing Abandonment and Destruction of Records (the "Motion");[1] the Court having determined that service of the Motion upon the Notice Parties constitutes adequate and proper notice under the circumstances; and good cause appearing, it is hereby

**ORDERED** that the Motion is GRANTED; and it is

**FURTHER ORDERED** that the Trustee is authorized, but not directed, to abandon and destroy all of the Records, and/or permit the destruction of all of the Records pursuant to the California and/or Delaware Stipulations; and it is

**FURTHER ORDERED** that the Trustee is authorized to expend Estate funds as reasonably necessary to carry out such destruction in the manner that the Trustee in his business judgment deems appropriate.

BY THE COURT:

_____
Hon. Brendan Linehan Shannon
United States Bankruptcy Judge

---

[1] Capitalized terms not defined in this Order shall have the meanings given to such terms in the Motion