IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LG.PHILIPS DISPLAYS USA, INC., | ) | Case No. 06-10245 (BLS) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

NOTICE OF **AMENDED** AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JUNE 5, 2013 AT 9:15 A.M.

*NO MATTERS ARE GOING FORWARD AND THE HEARING IS CANCELLED.*

FEE APPLICATIONS

1. FIRST Interim Fee Application of Master, Sidlow & Associates, P.A. for Compensation For Services Rendered and Reimbursement of Expenses as Accountants to Jeoffrey L. Burtch for The Period From December 8, 2009 Through April 25, 2013 [Docket No. 718, Filed 5/8/13].

    Response Deadline:    May 29, 2013 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.    Proposed Order with Related Docket No.

    B.    C.N.O. [Docket No. 719, Filed 5/31/13].

    Status: A C.N.O. has been filed. **The Order has been or will be entered [Docket No. TBD].**

Dated:  June 4, 2013                                            COOCH AND TAYLOR, P.A.


                                                                        /s/ Adam Singer
                                                                Adam Singer, Esquire (No. 2472)
                                                                1000 West Street, 10th floor
                                                                The Brandywine Building
                                                                Wilmington, DE 19801
                                                                Ph:   (302) 984-3800

                                                                Counsel to Jeoffrey L. Burtch, Trustee