United Ventures LLP
170 Edgemere Way S
Naples, FL 34105
2394363631



7/30/2015
United States Bankruptcy Court
District of Delaware
Re: case # 06-10245-bis (LG Phillips)

Your Honor,

    I contacted the trustee for L G Phillips Bankruptcy, Mr. Jeffrey Burtch, he informed me that he will propose that only secured creditors be paid.

    L G Phillips were under lease contract to pay to United Ventures the rent, real estate taxes, utilities and maintenance. we lost 650,000,US Dollars for nonpayment of rent, we paid over 175,000.00US. Dollars for Maintenance, real estate taxes and utilities for two years, that was their obligations under the lease. and were never compensated for.

    we had to sell the building for less than what it was worth.

    We ask that the court take our claim into consideration.

Thank you

Signed

Majed Swedan. General Partner, United Ventures LLLP
Our old address was, 3119 Indigobush Way, Naples FL34105, Naples FL,34105

Our current address as:
170 Edgemere way S.  Naples FL 34105